IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LEWIS E. BECERRA,**

    **Petitioner,**

vs.                                                Cause No. 1:10-cv-720 RB/DJS

**ATTORNEY GENERAL OF THE STATE OF NEW MEXICO,**

    **Respondent.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the *Magistrate Judge's Proposed Findings and Recommended Disposition* [Doc. 9], filed January 13, 2012, which recommends dismissing without prejudice Petitioner's *Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 By a Person in State Custody* [Doc. 1], filed July 30, 2010. Petitioner did not file objections and the time to do so has passed. The Court having made a *de novo* determination:

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United State Magistrate Judge are adopted by the Court;

**IT IS FURTHER ORDERED** that the *Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 By a Person in State Custody* [Doc. 1], filed July 30, 2010, is **DISMISSED without prejudice.**

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**